

# Fourth Court of Appeals
## San Antonio, Texas

February 22, 2017

No. 04-16-00541-CR

Gerardo **VENEGAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2014-CRH-001475-D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

Ana Laura Alcantar's notification of late record is hereby granted. The reporter's record is due on or before March 20, 2017. No further extensions.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of February, 2017.

_____
Keith E. Hottle
Clerk of Court